## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| STEVEN FEELEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00322-JDL |
| | ) | |
| BRADLEY HOKAMSON et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CORRECTION TO ORDER ACCEPTING THE RECOMMENDED DISMISSAL OF THE MAGISTRATE JUDGE

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Order Accepting the Recommended Dismissal of the Magistrate Judge dated October 20, 2023 (ECF No. 7) is hereby corrected by the following revision to the fourth sentence. Magistrate Judge David M. Cohen granted Feeley's motion (ECF No. 4) and Judge Wolf proceeded to preliminarily review the complaint in accordance with 28 U.S.C.A. § 1915(e)(2)(B) (West 2023).

    SO ORDERED.

    Dated this 20th day of October, 2023.

                                                        /s/ Jon D. Levy  
                                             CHIEF U.S. DISTRICT JUDGE